THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* HYMAN LIEBMAN, Appellant.

(Submitted April 10, 1916,  decided April 18, 1916.)

MOTION to enlarge time for  argument until appellant's
restoration to sanity.

The  defendant having been found  to be  insane by a
commission appointed  under section  495a  of  the Code of

40

Criminal Procedure, and the governor having committed him to a state hospital, there to remain until restored to his right mind, it is ordered that the time for the argument of the appeal from the judgment of death against him be enlarged until the defendant's restoration to sanity is duly certified to the governor, when the case may be brought on for argument upon one month's notice by the district attorney. (*People* v. *Skwirsky*, 213 N. Y. 151.)